LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
ERIC N. TRAN, ESQ.
Nevada Bar No. 11876
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
bebert@lipsonneilson.com
etran@lipsonneilson.com

*Attorneys for Independence II Homeowners Association*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; INDEPENDENCE II HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation<br><br>Defendants. | CASE NO.: 2:16-cv-02110-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR INDEPENDENCE II HOMEOWNERS ASSOCIATION TO RESPOND TO JPMORGAN CHASE BANK, N.A.'S COMPLAINT** |

PLAINTIFF JPMORGAN CHASE BANK, N.A. ("Chase") and DEFENDANT INDEPENDENCE II HOMEOWNERS ASSOCIATION ("Independence"), by and through their respective counsel, hereby agree and stipulate as follows:

The deadline for Independence to file a Response to Chase's Complaint (ECF No. 1) shall be extended to **October 20, 2016.** The current deadline is September 29, 2016.

The parties have good cause for requesting this extension. Counsel for Independence is scheduled to be out of the country from September 20, 2016 to October 3, 2016. This, coupled with counsel's calendar schedule, has impacted

Page 1 of 2

Independence's ability to file its Response to Chase's Complaint by the September 29, 2016 deadline. A brief extension will provide Independence sufficient time to prepare its Response. This is Independence's first request for an extension and is not intended for purposes of delay.

DATED this 29th day of September, 2016.

| BALLARD SPAHR LLP | LIPSON, NEILSON, COLE, SELTZER & GARIN PC |
|---|---|
| By: /s/ *Holly E. Priest*_____<br>Abran E. Vigil, Esq.<br>Holly E. Priest, Esq.<br>100 N. City Pkwy, Suite 1750<br>Las Vegas, Nevada 89106<br>*Attorneys for Plaintiff*<br>*JPMorgan Chase Bank, N.A.* | By: /s/ *J. William Ebert*_____<br>J. William Ebert, Esq.<br>Eric N. Tran, Esq.<br>9900 Covington Cross Dr., Ste.120<br>Las Vegas, Nevada 89144<br>*Attorneys for Defendant Independence II Homeowners Association* |

**ORDER**

IT IS SO ORDERED.

DATED this __3rd__ day of October, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted by:

LIPSON, NEILSON, COLE, SELTZER & GARIN PC

By: /s/ *J. William Ebert*_____
   J. William Ebert, Esq.
   Eric N. Tran, Esq.
   9900 Covington Cross Dr., Ste.120
   Las Vegas, Nevada 89144
   *Attorneys for Defendant Independence II*
   *Homeowners Association*