Abran E. Vigil
Nevada Bar No. 7548
Joel E. Tasca
Nevada Bar No. 14124
Justin Shiroff
Nevada Bar No. 12869
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
tasca@ballardspahr.com
shiroffj@ballardspahr.com

*Attorneys for JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., | Case No. 2:16-cv-02110-JCM-VCF |
| Plaintiff, | |
| v. | |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; INDEPENDENCE II HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation, | **ORDER DISCHARGING AND RELEASING SECURITY COSTS** |
| Defendants. | |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, | |
| Counter/Cross-Claimant, | |
| v. | |
| JPMORGAN CHASE BANK, N.A., a national banking association; UNITED GUARANTY RESIDENTIAL INSURANCE COMPANY OF NORTH CAROLINA; and HILARIO S. SOTO, an individual, | |
| Counter/Cross-Defendants. | |

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

Pursuant to the Judgment entered February 27, 2018 (ECF No. 65), it is hereby ordered that the $500 in security costs posted by JPMorgan Chase Bank, N.A., on October 11, 2016 (ECF No. 12) shall be discharged and released to the Ballard Spahr LLP Trust Account.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: March 21, 2019.

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070